NICK LOEB, HUMAN
EMBRYO #3 HB-A, EMBRYO
#4 HB-A

VERSUS

SOFIA VERGARA

*      NO. 2020-CA-0261

*      COURT OF APPEAL

*      FOURTH CIRCUIT

*      STATE OF LOUISIANA

*

*

* * * * * * *

*JCL*      **LOBRANO, J., CONCURS IN THE RESULT**

1